FILED

12/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0356

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0356

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT MARTIN ARTHUN,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 17, 2023, within which to prepare, file, and serve the State's response brief.

CL

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 6 2022